United States Courts
Southern District of Texas
FILED
*August 18, 2020*
David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **vs.** | § § | **Criminal No.**   4:20-CR-360 |
| **JERRY JONES,** | § § | |
| **Defendant.** | § § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ryan K. Patrick, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **JERRY JONES, DOB:** 1            , **SPN:**            duly committed to the Sheriff of Harris County Jail, 1200 Baker Street, Houston, Texas 77002, is a defendant in the above-captioned case which will be called for the purpose of an initial appearance in the United States District Court for the Southern District of Texas, Houston Division, on the __27th__ day of __August__ 2020, at __10:00__ A.M., in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Sheriff of Harris County Jail, Houston, Texas, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody

of the Sheriff of Harris County Jail, Houston, Texas, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the __27th__ day of __August__, 2020, so that he may be present in this cause at that time.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By: _____
CARRIE WIRSING
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax